CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 31 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ROBERT ALLEN BANE,** | ) | CASE NO. 7:12CV00159 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **VIRGINIA DEPT. OF CORR, ET AL.,** | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

For reasons stated in the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that plaintiff's motion for preliminary injunctive relief (ECF No. 6) is **DENIED**.

ENTER: This 31st day of May, 2012.

/s/ James C. Turk
Senior United States District Judge