CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 15 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT ALLEN BANE, | ) Civil Action No.: 7:12-cv-159 |
| Plaintiff, | ) ORDER |
| v. | ) |
| | ) Hon. James C. Turk |
| VIRGINIA DEPARTMENT OF CORRECTIONS, et al., | ) Senior United States District Judge |
| Defendants. | ) |

This matter is before the Court on the Plaintiff's Motion to Reconsider. ECF No. 47. For good cause, it is hereby

ADJUDGED AND ORDERED

that the Motion to Reconsider (ECF No. 47) is **DENIED** in its entirety.

The Clerk of Court is directed to send copies of this order to counsel of record for Defendants and to the *pro se* Plaintiff.

ENTER: This 15th day of February, 2013.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge