CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 15 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT ALLEN BANE, ) | Civil Action No.: 7:12-cv-159 |
| ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| ) | Hon. James C. Turk |
| VIRGINIA DEPARTMENT OF ) | Senior United States District Judge |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Plaintiff's Motion to Reconsider. ECF No. 47. For good cause, it is hereby

**ADJUDGED AND ORDERED**

that the Motion to Reconsider (ECF No. 47) is **DENIED** in its entirety.

The Clerk of Court is directed to send copies of this order to counsel of record for Defendants and to the *pro se* Plaintiff.

ENTER: This 15th day of February, 2013.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge